IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

NOS. 3:07mj149, 3:07mj150, 3:07mj151

| | | |
|---|---|---|
| IN RE: APPLICATIONS FOR SEIZURE WARRANTS | ) ) ) | ORDER TO SEAL |

On the government's motion to seal in the above-captioned seizure warrant files, for the reasons stated in the government's motion,

IT IS THEREFORE ORDERED that the Clerk shall seal each of these files until further order of the Court.

Signed this the 19½ day of July, 2007.

_____
CARL HORN, ~~CHIEF~~
UNITED STATES MAGISTRATE JUDGE