IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

NOS. 3:07mj149, 3:07mj150, 3:07mj151

| | | |
|---|---|---|
| IN RE: APPLICATIONS FOR SEIZURE WARRANTS | ) ) | ORDER TO UNSEAL |

On the government's motion to unseal the above-captioned seizure warrant files, for the reasons stated in the government's motion,

IT IS THEREFORE ORDERED that the Clerk shall unseal each of these files.

Signed this the 13th day of August, 2007.

_____
UNITED STATES MAGISTRATE JUDGE