UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:07MJ149

| | |
|---|---|
| IN RE: SEIZURE OF ALL FUNDS IN ) <br> CERTAIN ACCOUNTS AT COMMUNITY ) <br> NATIONAL BANK, DERBY, VERMONT ) | **ORDER TO UNSEAL FILE** <br> **AND FOR PARTIAL RELEASE OF** <br> **CERTAIN SEIZED PROPERTY** |

THIS MATTER is before the Court on the government's motion to unseal the file and for partial release of an account that was seized or restrained pursuant to a seizure warrant issued herein on July 19, 2007. For the reasons stated in the government's motion,

IT IS HEREBY ORDERED that the Clerk shall unseal this file and that Community National Bank Account Number xxxxx7818 in the name of Dennis Giacobbe is hereby released from the seizure warrant issued herein, up to the amount of $30,060.88, which is the balance due on a loan to Dennis Giacobbe secured by the account, together with any additional interest that has subsequently become due and payable on the loan.

This the 9th day of October, 2007.

Carl Horn, III
CARL HORN
UNITED STATES MAGISTRATE JUDGE