UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO: 3:07-MJ-149-DCK

| | |
|---|---|
| IN RE: SEIZURE OF ALL FUNDS ) | |
| IN CERTAIN ACCOUNTS AT ) | |
| COMMUNITY NATIONAL BANK, ) | ORDER |
| DERBY, VERMONT, ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Second Motion for Release of Certain Seized Property" (Document No. 9) by the United States. The United States moves the Court to release three accounts that were seized or restrained pursuant to a seizure warrant issued herein on July 19, 2007. Having carefully considered the record, and for the reasons stated in the government's motion,

**IT IS HEREBY ORDERED** that the following accounts, including any accrued interest, are released from the seizure warrant issued herein:

1. Community National Bank Account Number xxxxx7818 in the name of Dennis Giacobbe and/or Kathleen Giacobbe, consisting of approximately $3,494.95; and

2. Community National Bank Account Number xxxxx6601 in the name of Dennis Giacobbe consisting of approximately $1,973.97, and

3. Community National Bank Account Number xxxxx0570 in the name of Dennis Giacobbe consisting of approximately $5,542.87.

**IT IS SO ORDERED**.

Signed: November 9, 2009

David C. Keesler
United States Magistrate Judge